**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 99 MAL 2020

             Respondent         :

                                :  Petition for Allowance of Appeal
                                :  from the Order of the Superior Court

             v.                  :

                                :

DERRICK ROLLINS,              :

                                :

             Petitioner         :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 12th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.